EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01202-CMA-MEH

MICHAEL ORTEZ, individually, and on behalf of all others similarly situated,

 Plaintiff,

v.

UNITED PARCEL SERVICE, INC., an Ohio corporation,

 Defendant.

## CONSENT TO JOIN

I WANT TO JOIN THE LAWSUIT, *Ortez v. United Parcel Service, Inc.*, and assert claims arising under the Fair Labor Standards Act against United Parcel Service, Inc.

**(PLEASE CHECK ONLY ONE BOX)**

☐   I choose to be represented by the attorneys at the Sawaya & Miller Law Firm (David Miller, Adam Harrison), and other attorneys with whom they may associate for purposes of this lawsuit. I intend to enter into a separate agreement with Sawaya & Miller regarding the terms of such representation, including defining the scope of representation, the extent to which I will participate in this lawsuit, and the compensation to be paid to that law firm and organization.

☐   I choose to be represented by attorney _____ of the law firm of _____, whose address is _____, and whose telephone number is _____. I understand and agree that I will be responsible for all costs and attorney's fees incurred in pursuing my claim; OR

☐   I choose to represent myself. I understand and agree that I will be responsible for all costs and fees incurred in pursuing my claim.


Date: _____    Signed: _____


                _____
                Printed Name